1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEJANDRA SOLANO,                          )
7                                          )
         Plaintiff,                         )
8                                          )
         v.                                 )          2:15-cv-01690-JCM-NJK
9                                          )
LAS VEGAS METROPOLITAN POLICE              )          **ORDER**
10  DEPARTMENT et al.,                      )
                                            )
11       Defendants.                        )
                                            )
12  _____

13  **I.    DISCUSSION**

14          On September 3, 2015, Plaintiff Alejandra Solano, counseled, initiated this lawsuit by

15  filing a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1 at 2, 4). On

16  September 18, 2015, Plaintiff filed a first amended complaint. (ECF No. 4). Plaintiff is the

17  guardian *ad litem* for G.S., A.S., and L.S. (*Id.* at 1-2). Plaintiff served Defendants. (*See* ECF

18  No. 3, 6, 7). On October 21, 2015, Defendants filed a motion to dismiss the amended

19  complaint. (ECF No. 8).

20          The Court ordinarily screens a prisoner's complaint prior to service. *See* 28 U.S.C.

21  § 1915A(a).   Both 28 U.S.C. § 1915A(a) and the Prison Litigation Reform Act ("PLRA"), 42

22  U.S.C. § 1997e, mandate early judicial screening of prisoner complaints. *Jones v. Bock*, 549

23  U.S. 199, 213-14 (2007) (district courts must screen a prisoner's complaint "before any

24  responsive pleading is filed"). When defendants file an answer or responsive pleading, such

25  as a motion to dismiss, the need for screening is obviated. *See, e.g.*, *Nordstrom v. Ryan*, 762

26  F.3d 903, 907 n.1 (9th Cir. 2014) (noting that the "purpose of § 1915A is to ensure that the

27  targets of frivolous or malicious suits need not bear the expense of responding"); *O'Neal v.*

28  *Price*, 531 F.3d 1146, 1153 (9th Cir. 2008) (explaining that the PLRA's screening provision

    was intended "to conserve judicial resources by authorizing district courts to dismiss

1   nonmeritorious prisoner complaints at an early stage").

2       In this case, a screening order is not necessary.  Defendants have responded to

3   Plaintiff's amended complaint by filing a motion to dismiss (ECF No. 8).  This case shall

4   proceed on the normal litigation track guided by the Federal Rules of Civil Procedure.

5   **II.    CONCLUSION**

6       For the foregoing reasons, IT IS ORDERED that the Court will not issue a screening

7   order in this case.

8       IT IS FURTHER ORDERED that this case shall proceed on the normal litigation track

9   guided by the Federal Rules of Civil Procedure.

10

11      DATED: This 19th day of November, 2015.

12

13                                              _____

14                                              NANCY J. KOPPE
                                                United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2