1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10   ALEJANDRA SOLANO, et al.,                          )
                                                        )
11                   Plaintiff(s),                      )          Case No. 2:15-cv-01690-JCM-NJK
                                                        )
12   vs.                                                )          ORDER
                                                        )
13   LAS VEGAS METROPOLITAN POLICE                      )
     DEPARTMENT, et al.,                                )
14                                                      )
                     Defendant(s).                      )
15   _____ )

16           It has come to the Court's attention that numerous documents (including the case-initiating

17   documents) have been filed in this case with the full names of the minor children that Plaintiff is

18   representing as guardian *ad litem*.  In doing so, counsel have violated, *inter alia*, Rule 5.2(a) of the

19   Federal Rules of Civil Procedure and Special Order No. 108, which require that only a minor's initials

20   be provided.  Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to change the docket in

21   this case to remove the full names of the minors represented by Plaintiff as guardian *ad litem* and to

22   replace those names with initials.

23           The Court further **STRIKES** and **SEALS** Docket Nos. 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.  For

24   each document that they filed, counsel are **ORDERED** to file a properly redacted version that otherwise

25   makes no changes to the document.  The properly redacted documents shall be filed no later than

26   November 25, 2015.  Other than the pending motion to dismiss and stipulation for extension (Docket

27

28

1    Nos. 8, 12), those documents may be filed as attachments to a notice of compliance.  The pending

2    motion to dismiss and stipulation must be re-filed as standalone docket entries.[1]

3           The Court further **ORDERS** the parties to familiarize themselves with Rule 5.2 and Special

4    Order No. 108, and to fully comply with them in the future.  The Court expects strict compliance with

5    the orders and rules of the Court, and the parties and counsel should be aware that the failure to comply

6    may result in sanctions.  *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5

7    n.3 (D. Nev. Sept. 9, 2013) (sanctioning counsel for repeated failure to comply with Court orders,

8    including order to use only minor's initials in filings).[2]

9           IT IS SO ORDERED.

10          DATED: November 20, 2015

11          _____
                                      NANCY J. KOPPE
12                                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23   [1] Nothing herein shall be construed as altering the briefing schedule on the motion to dismiss.  In
     particular, in the event that the refiling of that motion triggers the issuance of an automatic notice of a
24   response deadline through CM/ECF, counsel is instructed that the automatically noticed deadline is not
     controlling.  *Cf. Carrillo v. B&J Andrews Enters., LLC*, 2013 U.S. Dist. Lexis 22010, *2 (D. Nev. Feb. 19,
25   2013).

26   [2] The Court has previously cautioned one of the attorneys improperly filing documents in this case
     on the very same issue.  *See J.D.H. v. Las Vegas Metro. Police Dept.*, 2:13-cv-1300-APG-NJK, Docket No.
27   51 (August 14, 2014) ("Mr. Anderson and Mr. Hanseen are further **CAUTIONED** that they should expect
     future non-compliance with the Court's redaction requirements to result in monetary sanctions.").
28