**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRA SOLANO, et al., | |
| Plaintiff(s), | Case No. 2:15-cv-01690-JCM-NJK |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

On November 20, 2015, the Court ordered, *inter alia*, that Plaintiff was required to refile the stipulation filed at Docket No. 12 as a standalone docket entry. Docket No. 14. Plaintiff failed to do so, and instead improperly filed it as part of her omnibus notice of compliance. *See* Docket No. 18 at 23-24. The Court again **ORDERS** Plaintiff to refile, no later than December 2, 2015, the stipulation at Docket No. 12 as a standalone docket entry, with the required redactions.

IT IS SO ORDERED.

DATED: November 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge