# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRA SOLANO,<br><br>                Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-01690-JCM-NJK<br><br>ORDER<br><br>(Docket No. 26) |

       Pending before the Court is a stipulation to vacate the deadlines in this case pending resolution of an appeal in a related case. Docket No. 26. The stipulation is hereby **GRANTED**. Within 14 days of the issuance of a mandate in the appeal in the related case, the parties shall file a proposed schedule for moving this case forward to resolution. In the interim, the parties shall file a status report every 90 days.

       IT IS SO ORDERED.

       DATED: May 19, 2016

                                                                   _____<br>
                                                                   NANCY J. KOPPE<br>
                                                                     United States Magistrate Judge