RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Ryan@RyanAlexander.us
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRA SOLANO et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No.: 2:15-cv-01690-JAD-CWH <br> Hon. Jennifer A. Dorsey <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

ALEJANDRA SOLANO ("Solano"), by and through her counsel of record, Ryan Alexander, and Defendants by and through their counsel Craig Anderson, Esq., representing that no trial date has been set;

HEREBY STIPULATE AND AGREE that Plaintiffs' two remaining causes of action in their Second Amended Complaint for Violation of Plaintiff's Civil Rights - Familial Relationships, 42 U.S.C. § 1983, and for Violation of Plaintiff's Civil Rights - *Monell* Liability, 42 U.S.C. § 1983, be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

//

DATED this 16th day of September, 2016.

| RYAN ALEXANDER, CHTD. | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Ryan Alexander<br>_____<br>RYAN ALEXANDER<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 58<br>Las Vegas, NV 89102<br>Phone: (702) 868-3311<br>Fax: (702) 822-1133<br>Ryan@RyanAlexander.us<br>*Attorney for Plaintiff* | /s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>canderson@maclaw.com<br>*Attorneys for LVMPD Defendants* |

**ORDER**

Based on the parties' stipulation [ECF No. 37] and good cause appearing, IT IS HEREBY ORDERED that this action (15cv1690) is DISMISSED IN ITS ENTIRETY, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

ALL PENDING MOTIONS ARE DENIED as moot.

DATED: 9/19/16

_____
UNITED STATES DISTRICT COURT JUDGE